# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CRYSTAL NEIFERT, individually,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAFEWAY INC., a foreign profit corporation; JOHN/JANE DOES I-V; CORPORATIONS I-X,<br><br>    Defendants | No. 2:25-cv-01331-JNW<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND CASE DEADLINES |

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Case Deadlines.  The Court has reviewed the records and files herein, including the following:

1.    Stipulated Motion to Continue Trial Date.

IT IS HEREBY ORDERED that:

The Stipulated Motion to Continue Trial Date and Case Deadlines is **GRANTED**, and it is hereby ordered that the trial is continued to April 12, 2027.  A new Order Setting Case Schedule will be issued in accordance with the new trial date.

Order Granting Stipulated Motion to Continue Trial Date and Case Deadlines – Case No.:  2:25-CV-1331-JNW

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501

Dated:  11th day of March, 2026.

_____
Honorable Jamal N. Whitehead

Presented by:

CLYDE & CO. US LLP

_____
Kimberly A, Reppart, WSBA # 30643
Kevin C. Hormann, WSBA #60763
*Attorneys for Defendant Safeway Inc.*

***Notice of Presentation Waived;***
***Approved as to Form:***

PHILLIPS LAW FIRM


*s/ Doug Weinmaster*
_____
Doug Weinmaster, WSBA #28225
S. Christine Kim, WSBA #42993
*Attorney for Plaintiff Crystal Neifert*

Order Granting Stipulated Motion to Continue Trial Date and Case Deadlines –
Case No.:  2:25-CV-1331-JNW

CLYDE & CO US LLP
401 Union Street, Suite 1400
Seattle, Washington 98101
Tel: (206) 689-8500 / Fax: (206) 689-8501