IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CRYSTAL NEIFERT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., a foreign profit corporation; JOHN/JANE DOES i-v; CORPORATIONS I-X,<br><br>Defendant. | Case No.: 2:25-cv-01331-JNW<br><br>**STIPULATION FOR AND ORDER OF WITHDRAWAL & SUBSTITUTION OF COUNSEL**<br><br>**(Clerk's Action Required)** |

## I. STIPULATION

Pursuant to LCR 83.2(b)(1), the parties to this action, by and through their respective counsel, hereby stipulate and agree that Kimberly Reppart and Kevin Horman of Clyde & Co US LLP do hereby withdraw as attorneys of record for Defendant Safeway, Inc. ("Defendant"), and that attorney Sarah Tuthill-Kveton of Chock Barhoum LLP shall substitute in as attorney of record for Defendant in the above-entitled cause.

/ / /

/ / /

IT IS SO STIPULATED:

**PHILLIPS LAW FIRM PLLC**

Douglas Weinmaster

Douglas Weinmaster, WSBA #28225
Email: dweinmaster@justiceforyou.com
Address: 12100 NE 195th Street, Suite 150
Bothell, WA 98011
Phone: (425) 482-1111
Attorneys for Plaintiff Crystal Neifert

**CHOCK BARHOUM LLP**

Sarah Tuthill-Kveton

Sarah Tuthill-Kveton, WSBA #51801
Email: sarah@chockbarhoum.com
Address: 121 SW Morrison Street, Ste 500
Portland, OR 97204
Phone: (503) 223-3000
Substituting Attorney for Defendant Safeway, Inc.

**CLYDE & CO US LLP**

/s/ *Kevin C. Hormann* [e-signed with permission]
Kevin C. Hormann, WSBA #60763
Email: kevin.hormann@clydeco.com
401 Union Street, Suite 1400
Seattle, WA 98101
(206) 689-8500
Withdrawing Attorneys for Defendant Safeway, Inc.

**CLYDE & CO US LLP**

/s/ *Kimberly A. Reppart* [e-signed with permission]
Kimberly A Reppart, WSBA #30643
Email: Kim.Reppart@clydeco.com
401 Union Street, Suite 1400
Seattle, WA 98101
(206) 689-8500
Withdrawing Attorneys for Defendant Safeway, Inc.

Respectfully Presented by:

/s/ *Kevin C. Hormann* ____________
Kevin C. Hormann, WSBA #60763
Email: kevin.hormann@clydeco.com
Kimberly A Reppart, WSBA #30643
Email: Kim.Reppart@clydeco.com
Withdrawing Attorneys for Defendant Safeway, Inc.

## II. ORDER OF WITHDRAWAL & SUBSTITUTION OF COUNSEL

Based upon the foregoing stipulation, it is ORDERED that Kimberly Reppart and Kevin Hormann of Clyde & Co US LLP are hereby withdrawn as attorneys of record for Defendant Safeway, Inc. and that Sarah Tuthill-Kveton of Chock Barhoum LLP shall substitute in as attorney of record for Defendant Safeway, Inc.

Further, from this date forward, service of all future pleadings or papers, except service of original process, shall be made on the undersigned attorneys as follows:

Sarah Tuthill-Kveton, WSBA #51801
CHOCK BARHOUM LLP
121 SW Morrison Street, Suite 500
Portland OR 97204
Fax: (503) 954-3321
Electronic Service (include all emails):
e-service@chockbarhoum.com
sarah@chockbarhoum.com
michelle.heilbrun@chockbarhoum.com

DATED this 8th day of October, 2026.

Honorable Judge Jamal N. Whitehead